John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff and Counter-Claim Defendant
PI-NET INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>SAN JOSE CREDIT UNION,<br><br>            Defendant.<br><br>NATIONAL 1ST CREDIT UNION,<br><br>            Counterclaimant,<br><br>     v.<br><br>PI-NET INTERNATIONAL, INC.,<br><br>            Counterclaim-Defendant | CASE NO.  4:12-CV-05732-SBA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE FROM FEBRUARY 5, 2013 TO FEBRUARY 20, 2013 OR THE NEXT AVAILABLE DATE** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\973021.2
STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE FROM FEBRUARY 5, 2013 TO FEBURARY 20, 2013 OR THE NEXT AVAILABLE DATE                   4:12-CV-05732-SBA

1  WHEREAS, pursuant to Civil L.R. 16-2(e), and in accordance with the Honorable
2  Saundra B. Armstrong's Standing Order (Dkt. 13), the parties hereby agree to and stipulate to
3  continue the telephonically held Case Management Conference in this matter currently scheduled
4  for February 5, 2013 to February 20, 2013 or the next available date, as counsel for the Plaintiff is
5  out of the state in depositions on February 5, 2013.

6  WHEREAS, the parties further agree to and stipulate that the Case Management
7  Statement filing deadline currently scheduled for January 30, 2013 be moved to February 13,
8  2013 or seven days prior to the rescheduled Case Management Conference.

9  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

HOPKINS & CARLEY
A Law Corporation

Dated: January 18, 2013

By: */s/ John V. Picone III*
    John V. Picone III, attorney for Plaintiff
    and Counterclaim-Defendant

BRYAN CAVE LLP

Dated: January 18, 2013

By: */s/ Robert G. Lancaster*
    Robert G. Lancaster, Attorney for
    Defendant and Counterclaimant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The telephonic Case Management Conference currently scheduled for February 5, 2013 is CONTINUED to **March 6, 2013 at 3:00 p.m**.  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the parties on

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\973021.2                                    - 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE FROM FEBRUARY 5,
2013 TO FEBURARY 20, 2013 OR THE NEXT AVAILABLE DATE                                    4:12-CV-05732-SBA

1   the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT
2   CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.
3       IT IS SO ORDERED.
4   Dated: 1-23-13

*Saundra B Armstrong*
Honorable Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\973021.2    - 3 -
STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE FROM FEBRUARY 5,
2013 TO FEBURARY 20, 2013 OR THE NEXT AVAILABLE DATE                                         4:12-CV-05732-SBA

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

HOPKINS & CARLEY
A Law Corporation

Dated: January 18, 2013

By: */s/ John V. Picone III*
    John V. Picone III, attorney for Plaintiff
    and Counterclaim-Defendant

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\973021.2                                           - 4 -
STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE FROM FEBRUARY 5, 2013 TO FEBURARY 20, 2013 OR THE NEXT AVAILABLE DATE                                           4:12-CV-05732-SBA