John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff
PI-NET INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAN JOSE CREDIT UNION, <br><br> Defendant. <br><br> NATIONAL 1ST CREDIT UNION, <br><br> Counterclaimant, <br><br> v. <br><br> PI-NET INTERNATIONAL, INC., <br><br> Counterdefendant. | CASE NO.  4:12-CV-05732-SBA <br><br> **JOINT STIPULATION AND ORDER REQUESTING REASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE PAUL S. GREWAL** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\1000732.1

JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING REASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE PAUL S. GREWAL                    4:12-CV-05732-SBA

1  WHEREAS, this case is currently pending in the United States District Court, Northern
2  District before United States District Judge Saundra B. Armstrong;

3  WHEREAS, the Plaintiff has two other cases pending in the United States District Court,
4  Northern District before United States Magistrate Judge Paul S. Grewal, *Pi-Net International,*
5  *Inc. v. Commonwealth Central Credit Union*; Case No. 5:12-CV-05730-PSG and, *Pi-Net*
6  *International, Inc. v. My Credit Union*; Case No. 3:12-CV-5733-PSG;

7  WHEREAS, the undersigned parties hereby request that the above-captioned case be
8  reassigned to United States Magistrate Judge Paul S. Grewal, and any and all further proceedings
9  in the case, including trial, and order the entry of a final judgment be heard before him;

10  WHEREAS, any appeal from any judgment shall be taken directly to the United States
11  Court of Appeals for the Ninth Circuit.

12  THEREFORE, the parties hereby agree and stipulate that, subject to the Court's approval,
13  for all future proceedings, this case shall be reassigned to United States Magistrate Judge Paul S.
14  Grewal.

15  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: April 29, 2013                     HOPKINS & CARLEY
                                          A Law Corporation


                                          By: */s/ John V. Picone III*
                                              John V. Picone III
                                              Attorneys for Plaintiff
                                              PI-NET INTERNATIONAL, INC.


Dated: April 29, 2013                     BRYAN CAVE LLP


                                          By: */s/ Robert G. Lancaster*
                                              Robert G. Lancaster, Attorney for
                                              Defendant and Counterclaimant

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\1000732.1
JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING REASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE PAUL S. GREWAL                                    4:12-CV-05732-SBA

1 **SIGNATURE ATTESTATION**

2 Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in
3 the filing of this document from all signatories for whom a signature is indicated by a
4 "conformed" signature (/s/) within this electronically filed document and I have on file records to
5 support this concurrence for subsequent production to the Court if so ordered or for inspection
6 upon request.

7 Dated: April 29. 2013                          HOPKINS & CARLEY
                                                  A Law Corporation
8

9
                                                  By:/s/ *John V. Picone III*
10                                                    John V. Picone III
                                                      Attorneys for Plaintiff
11                                                    PI-NET INTERNATIONAL, INC.

12

13 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15 Dated: 4/30/13

16                                                By: *Saundra B. Armstrong*
                                                      The Honorable Saundra B. Armstrong
17                                                    United States District Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\1000732.1

JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING REASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE PAUL S. GREWAL                      4:12-CV-05732-SBA